UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: DAVID L. GRAHAM                             Misc. 06-024ML

ORDER

This Court hereby adopts the Report and Recommendation of Magistrate Judge Lincoln D. Almond entered on September 10, 2007. It is hereby ORDERED that David L. Graham is reinstated as an attorney of the bar of this Court subject to the conditions set forth in his Motion for Readmission.

ENTERED:

_____
Mary M. Lisi
Chief Judge

_____
William E. Smith
District Judge

_____
Ronald R. Lagueux
Senior District Judge

_____
Ernest C. Torres
Senior District Judge

September 26, 2007