UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: DAVID L. GRAHAM Misc. 06-024ML

ORDER

This Court hereby adopts the Report and Recommendation of Magistrate Judge Lincoln D. Almond entered on September 10, 2007. It is hereby ORDERED that David L. Graham is reinstated as an attorney of the bar of this Court subject to the conditions set forth in his Motion for Readmission.

ENTERED:

Mary M. Lisi
Chief Judge

William E. Smith
District Judge

Ronald R. Lagueux
Senior District Judge

Ernest C. Torres
Senior District Judge

September 26, 2007